UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lynda S.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Commissioner of Social Security,<br><br>　　　　　Defendant(s). | 2:24-cv-00104-MDC<br><br>**ORDER DIRECTING THE PLAINTIFF TO REFILE HER MOTION TO REMAND IN SEARCHABLE PORTABLE DOCUMENT FORMAT PER LR IA 10-1(B)** |

　　　　The Court previously ordered the plaintiff to refile her *Motion to Remand* ("Motion")(ECF No. 13) in searchable portable document format (PDF) per LR IA 10-1(b). See Order at ECF No. 18. The plaintiff attempted to comply with the Order when she filed her *Notice of Corrected Image* ("Notice") (ECF No. 19). The Notice, however, <u>does not comply</u> with the Court's Order, as it is a scanned image, and it is not in searchable format.

　　　　Searchable pleadings and filings are necessary for the Court. They allow for more efficient review and disposition of matters. The Court has occasionally overlooked non-compliance with LR IA 10-1(B) in the past, but cannot continue do so as caseloads and the demands on the judiciary increase. In sum, non-compliance with LR IA 10-1(B) burdens the Court.

　　　　IT IS ORDERED that:

1. The plaintiff has until **November 18, 2024** to refile her *Motion for Remand* in <u>searchable</u> portable document format (PDF) per LR IA 10-1(b).

2. Plaintiff's *Notice of Corrected Image* (ECF No. 19) is STRIKEN from the docket as it does not comply with the Court's earlier Order (ECF No. 18) or LR IA 10-1(B).

Dated: November 13, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge